IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT L. DENTON,

        Petitioner,          JUDGMENT IN A CIVIL CASE

v.          Case No. 13-cv-675-bbc

UNITED STATES OF AMERICA,

        Respondent.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Robert L. Denton's motion for post conviction relief under 28 U.S.C. § 2255.


_____           9/26/13
Peter Oppeneer, Clerk of Court              Date