IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROBERT L. DENTON,

        Petitioner,              JUDGMENT IN A CIVIL CASE

v.                                        Case No. 13-cv-675-bbc

UNITED STATES OF AMERICA,

        Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Robert L. Denton's motion for post conviction relief under 28 U.S.C. § 2255.

_Peter Oppeneer_                                         9/26/13

Peter Oppeneer, Clerk of Court                  Date